SAMUEL BIRNKRANT, Respondent, v. AMEREX HOLDING CORPORATION, Appellant.—Action for money had and received based on a rescission of a contract of purchase of certain stock induced by false and fraudulent representations. Order denying motion to strike out parts of certain paragraphs and all of other paragraphs of the complaint affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Davis, J., not sitting.

MICHAEL V. CAMPBELL, Respondent, v. CURTIS H. MUNCIE and ADA HICKS MUNCIE, Appellants.— The plaintiff moved at Special Term for an order framing issues for a trial by a jury involving a release executed by the plaintiff. (Campbell v. Muncie, No. 2, 246 App. Div. 633.) Two questions were framed, but they neither clearly and succinctly stated the issues to be submitted, nor framed the issues as they are stated in the affidavits. (Barker v. Conley, 267 N. Y. 43.) The order is modified by framing in lieu of the two questions in the order, a single question as follows: " Did the plaintiff sign the release with the knowledge and purpose that he was thereby releasing the defendants from any claim that he might have against them for alienation of the affections of his wife? " The clerk at Trial Term, Part I, of the Supreme Court, Kings county, will place the issues on the calendar for trial as directed by the justice presiding at that term. As so modified the order is affirmed, without costs. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

CESTONE CONSTRUCTION CO., INC., Appellant, v. VILLAGE OF DOBBS FERRY, Respondent.— Order granting defendant's motion to dismiss the complaint in an action for damages growing out of a contract for the construction of a sewer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

WILLIAM P. CHASE, Appellant, v. SELMA SATZ and RICHARD H. SATZ, Respondents.— In an action to recover on the sale of real property and a contract to complete the construction of a dwelling house thereon, in which the answers set up general denials and affirmative defenses, a motion by plaintiff under rules 112, 113 and 114 of the Rules of Civil Practice to strike out certain defenses was denied. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

ANTHONY CRITSIMILIOS and LEWIS CRITSIMILIOS, Appellants, v. MODERN DEVELOPMENT CO., INC., Respondent.— In an action brought to recover moneys paid by plaintiffs to defendant pursuant to the terms of a contract to purchase real estate, upon the ground of alleged fraud vitiating the contract, order granting defendant's motion to set aside the jury's verdict in plaintiffs' favor unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.